**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUC BURBON, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>  -against-<br><br>ALAMO DRAFTHOUSE CINEMAS, LLC,<br><br>     Defendant. | Case No.  1:18-cv-08882-KPF<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    March 3, 2019

                Respectfully submitted,

                By: /s/ *Joseph H. Mizrahi*
                Cohen & Mizrahi LLP
                *Attorneys for Plaintiff*